**Order entered September 12, 2013**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00559-CR

**SHELLY RENEE TIMMS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-80962-2011**

## ORDER

The reporter's record is overdue in this appeal. On July 29, 2013, we received a copy of a letter sent by appellant's counsel to court reporter LaTresta Ginyard showing payment in the amount of $2537 for the reporter's record. Nevertheless, to date, we have not received the reporter's record nor has any court reporter sought an extension of time to file the record.

Accordingly, the Court **ORDERS** the trial court to make findings of fact regarding why the reporter's record has not been filed. In this regard, the trial court shall specifically determine the following:

- The name of every court reporter who recorded proceedings in the case.

- Whether the notes of the hearings are available and can be transcribed.

- If the notes are available and can be transcribed, the date by which the complete record will be filed.

- If the notes are not available or cannot be transcribed, whether appellant is at fault for the loss or destruction of the notes and whether the parties can agree on a substituted record.

We **ORDER** the trial court to transmit a supplemental record, containing the written findings of fact, any supporting documentation, and any orders, to this Court within **THIRTY DAYS** of the date of this order.

The appeal is **ABATED** to allow the trial court to comply with this order. It shall be reinstated thirty days from the date of this order or when the supplemental record is received, whichever is earlier.

/s/ LANA MYERS
   JUSTICE